```
                   IN THE UNITED STATES BANKRUPTCY COURT
                         SOUTHERN DISTRICT OF OHIO
                             WESTERN DIVISION


IN RE:                              :     CASE NO.  17-13071
                                          CHAPTER 13
     DAWN K. WARMAN                 :
                                          JUDGE BETH A. BUCHANAN
     DEBTOR(S)
                                    :     TRUSTEE'S OBJECTION
                                          TO CONFIRMATION
```

     Comes now the Chapter 13 Trustee, Margaret A. Burks and files this objection to the Plan filed by debtor(s).  The Trustee objects for the reasons stated herein. Requested documents have not been provided.

    a) As of 10/30/17 continued 341 meeting, expected Motions have not been filed in Domestic Relations Court. As described in the Trustee's Report (Doc. 25), and discussed at the October 16 Meeting of Creditors, debtor's Plan will be funded in part by contribution from ex-spouse, expected to be order by the DR Court. Until the contribution is ordered, the Plan's feasibility is not determined. 11 U.S.C. Sec. 1325(a)(6)
    b) Domestic relations Counsel was paid in series of retentions – is fourth payment necessary to complete division of real property? If so, who will pay? If so, Application to Appoint Counsel?

     The Trustee requests that the Court uphold her objection.


                                        Respectfully submitted,

                                   /s/  Margaret A. Burks, Esq.
                                        Margaret A. Burks, Esq.
                                        Chapter 13 Trustee
                                        Attorney Reg. No. OH 0030377

                                        Francis J. DiCesare, Esq.
                                        Staff Attorney
                                        Attorney Reg. No. OH 0038798

                                        Karolina F. Perr, Esq.
                                        Staff Attorney
                                        Attorney No.  OH 0066193

                                        600 Vine Street, Suite 2200
                                        Cincinnati, OH  45202
                                        513-621-4488
                                        513 621-2643  (facsimile)
                                        mburks@cinn13.org Correspondence only
                                        fdicesare@cinn13.org
                                        kperr@cinn13.org

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Objection to Confirmation was served (i) electronically on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by ordinary U.S. Mail on November 1, 2017 addressed to:

Dawn K. Warman
debtor(s)
7724 Hunters Trail
West Chester, Ohio 45069

                                          /s/<u>Margaret A. Burks, Esq.</u>
                                              Margaret A. Burks, Esq.

                                              Francis J. DiCesare, Esq.

                                              Karolina F. Perr, Esq.

```
                        UNITED STATES BANKRUPTCY COURT
                         SOUTHERN DISTRICT OF OHIO
                              WESTERN DIVISION

IN RE:                              :       CASE NO.  17-13071
                                            CHAPTER 13
      DAWN K. WARMAN                :       JUDGE BETH A. BUCHANAN

      DEBTOR(S)                     :

                                    :       NOTICE OF OBJECTION
                                            TO CONFIRMATION
```

    The Chapter 13 Trustee, Margaret A. Burks, has filed papers with the court objecting to the confirmation of the above-referenced case.

    **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

    If you do not want the court to grant the relief sought in objection to confirmation, or if you want the court to consider your views on the objection, November 16, 2017, at the United States Bankruptcy Court, Atrium II, Suite 800, 221 East 4th Street, Cincinnati, Ohio 45202.

    You may also file a Response explaining your position.

        If you mail your response to the court for filing, you must mail it early enough so the court will receive it before the confirmation hearing.

    If you file a Response, you must also mail a copy to:

```
Margaret A. Burks                           U.S. Trustee
Chapter 13 Trustee                          36 East 7th Street
600 Vine Street                             Suite 2030
Suite 2200                                  Cincinnati, Ohio 45202
Cincinnati, Ohio 45202
```

    If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the objection and may enter an order granting that relief.

Date: November 1, 2017              /s/   <u>Margaret A. Burks, Esq.</u>
                                          Margaret A. Burks, Esq.