UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
DAWN K WARMAN                                              CASE NO. 17-13071
7724 HUNTERS TRAIL                                         (CHAPTER 13)
WEST CHESTER, OH  45069                                    JUDGE BETH A. BUCHANAN

       Debtor

---

## CHAPTER 13 TRUSTEE'S
## MOTION TO DISMISS

---

Now comes Margaret A. Burks, Standing Chapter 13 Trustee, and requests that the Court dismiss this case for FAILURE to make plan payments. 11 U.S.C Sections 1307(c)(4)and(6).

### MEMORANDUM

Debtor payments to the Trustee are in default.

The Trustee requests that she be permitted to disburse funds in her possession pursuant to the confirmed plan, minus administrative costs, or if pre confirmation, that Trustee shall disburse funds in her possession to Debtor minus administrative costs.  Any funds received after the entry of the Order of Dismissal shall be returned to Debtor.

The Trustee respectfully requests that the motion be granted.

                Respectfully submitted,

/s/    Margaret A. Burks, Esq.
      Margaret A. Burks, Esq.
      Chapter 13 Trustee
      Attorney No. OH 0030377

      Francis J. DiCesare, Esq.
      Staff Attorney
      Attorney No. OH 0038798

      Karolina F. Perr, Esq.
      Staff Attorney
      Attorney Reg No. OH 0066193

      600 Vine Street, Suite 2200
      Cincinnati, OH 45202
      (513) 621-4488
      (513) 621 2643 (Facsimile)
      fdicesare@cinn13.org
      kperr@cinn13.org
      mburks@cinn13.org - Correspondence only

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Dismiss was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **ordinary U.S. Mail** on February 20, 2018 addressed to:

Debtor's Attorney:
ZINGARELLI LAW OFFICE, LLC
810 SYCAMORE STREET
THIRD FLOOR
CINCINNATI, OH  45202

Debtor(s):
DAWN K WARMAN
7724 HUNTERS TRAIL
WEST CHESTER, OH  45069

                                                  /s/   Margaret A. Burks, Esq.
                                                      Margaret A. Burks, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:
   DAWN K WARMAN                                    CASE NO. 17-13071
   7724 HUNTERS TRAIL                            (CHAPTER 13)
   WEST CHESTER, OH  45069                  JUDGE BETH A. BUCHANAN

      Debtor

NOTICE OF MOTION TO DISMISS

   The Chapter 13 Trustee, Margaret A. Burks, has filed papers with the Court to dismiss your case.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

   If you do not want the Court to grant the relief sought in this motion, then on or before twenty-one (21) days from the date set forth in the certificate of service for the motion, you or your attorney must:

      File with the Court a response explaining your position by mailing your response by regular U.S. Mail to the address below OR your attorney must file a response using the court's ECF system.  The Court must receive your response on or before the above date.

      U.S. BANKRUPTCY COURT
      ATRIUM II, SUITE 800
      221 EAST 4TH STREET
      CINCINNATI, OH  45202

   You must also mail a copy to:

| | |
|---|---|
| MARGARET A BURKS, TRUSTEE | U.S. TRUSTEE |
| CHAPTER 13 TRUSTEE | 36 EAST 7TH ST. |
| 600 VINE, SUITE 2200 | SUITE 2030 |
| CINCINNATI, OH  45202 | CINCINNATI, OH  45202 |

      Debtor's Attorney:
      ZINGARELLI LAW OFFICE, LLC
      810 SYCAMORE STREET
      THIRD FLOOR
      CINCINNATI, OH  45202

      Debtor(s):
      DAWN K WARMAN
      7724 HUNTERS TRAIL
      WEST CHESTER, OH  45069

The Court will send you a separate notice if it sets a hearing.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief without further hearing or notice.

Date: February 20, 2018

/s/  Margaret A. Burks, Esq.
Margaret A. Burks, Esq.