```
                    UNITED STATES BANKRUPTCY COURT
                      SOUTHERN DISTRICT OF OHIO
                           WESTERN DIVISION
```

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 17-13071 |
| DAWN K. WARMAN | | CHAPTER 13 |
| | | |
| DEBTOR(S) | : | JUDGE BETH A. BUCHANAN |
| | | |
| | : | **TRUSTEE'S RESPONSE TO MOTION TO ALLOW DISBURSEMENT OF ATTORNEY FEES(DOC. 68) AND REQUEST FOR HEARING ON MAY 16, 2019 AT 2:00 P.M.** |

Comes now the Chapter 13 Trustee, Margaret A. Burks, and files the following Response to the Motion to Allow Disbursement of Attorney Fees (Doc. 68) filed by debtor's counsel. This Motion refers to a fee application approved pre-confirmation by an Order of October 17, 2018 (Doc. 55) awarding debtor's total application of $4,592.50, of which $2,092.50 was to be disbursed by the Trustee.

The Trustee is currently holding $15,258.90 (after fees on receipt).

Debtor has withdrawn her opposition to the pending Motion to Dismiss, which is likely to lead to dismissal of debtor's case before the Motion to Allow Disbursement is ripe.

Creditor U.S. Bank, National Association, as Trustee has pending a Motion for Adequate Protection Or In The Alternative for Relief from the Automatic Stay and Co-Debtor Stay (Doc. 64). This Motion requests disbursement of all funds on hand to U.S. Bank as adequate protection. This Motion is currently scheduled for hearing on May 16, 2019 at 2:00 p.m.

Debtor's counsel has also filed an additional fee application (Doc. 69) seeking an additional $935.00 from available proceeds. The Trustee does not object to these additional fees, but notes that if granted they would further conflict with the relief sought by U.S. Bank.

Wherefore, the Trustee prays that counsel's Motion be set for hearing at the same time as U.S. Bank's Motion so that all issues regarding disposition of the $15,259.90 on hand be considered together, whether or not the above captioned case is dismissed in the meantime.

                                        Respectfully submitted,


                              /s/   Margaret A. Burks, Esq.
                                    Margaret A. Burks, Esq.
                                    Chapter 13 Trustee
                                    Attorney Reg. No. OH 0030377

                Francis J. DiCesare, Esq.
                Staff Attorney
                Attorney Reg. No. OH 0038798

                Tammy E. Stickley, Esq.
                Staff Attorney
                Attorney Reg No. OH 0090122

                600 Vine Street, Suite 2200
                Cincinnati, Ohio  45202
                513 621-4488
                513 621-2643 (facsimile)
                [mburks@cinn13.org](mailto:mburks@cinn13.org) – correspondence only
                [fdicesare@cinn13.org](mailto:fdicesare@cinn13.org)
                [tstickley@cinn13.org](mailto:tstickley@cinn13.org)

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Response was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and

    by **ordinary U.S.** Mail April 16,2019 addressed to:

Dawn K. Warman
Debtor address
7724 Hunters Trail
West Chester, Ohio 45069

                /s/   <u>Margaret A. Burks</u>
                    Margaret A. Burks